THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ZIPLINK, INC.,

        Plaintiff,

v.

CABLEVISION SYSTEMS CORPORATION,

        Defendant.

Civ. Action No. 3:13-cv-01399-CSH

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff Ziplink, Inc. ("Ziplink") hereby moves to extend by sixty (60) days to April 14, 2014 the deadline for Defendant Cablevision Systems Corporation ("Cablevision") to answer or otherwise respond to Plaintiff's complaint in the above captioned case. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed its complaint against Cablevision on September 24, 2013 but delayed service for the purpose of engaging Cablevision in settlement discussions.

2. Plaintiff served the complaint on January 22, 2014. Cablevision's response to the complaint is presently due February 13, 2014.

3. Since the date of service, the parties have continued to engage in settlement discussions and are hopeful that the case can be resolved without further litigation.

4. The undersigned counsel has conferred with Cablevision's counsel, and both parties consent to the extension.

5.       This is the first request for an extension of this deadline.  The parties intend to use the sixty (60) day extension to progress settlement discussions, and request the extension in an effort to avoid motion practice, and believe that good cause exists for granting this request.

WHEREFORE, Plaintiff Ziplink requests an extension of time until April 14, 2014 for Cablevision to respond to the complaint.

Respectfully submitted,

Dated: January 30, 2014

ZIPLINK INC., Plaintiff

By: /s/ Andrew C. Ryan
Andrew C. Ryan, Esq. (CT 21565)
ryan@cantorcolburn.com
Steven M. Coyle, Esq. (CT 21039)
scoyle@cantorcolburn.com
Chad A. Dever, Esq. (CT 27032)
cdever@cantorcolburn.com
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Telephone: (860) 286-2929
Fax: (860) 286-0115

*Attorneys for Plaintiff Ziplink, Inc.*